

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2018

No. 04-18-00278-CV

Susan **CAMMACK**,
Appellant

v.

**THE BANK OF NEW YORK MELLON** f/k/a The Bank of New York as Trustee for the
Certificate Holders of SWABS 2004-2005,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 17902C
Honorable Susan Harris, Judge Presiding

# O R D E R

Appellant's opposed fourth motion for an extension of time to file is granted.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 2nd day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court